## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| FRANCIS BOYD, | : | No. 635 MAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, LAMAR LIBHART, | : | |
| HEARING EXAMINER, PENNSYLVANIA | : | |
| STATE POLICE JOHN DOE, | : | |
| INVESTIGATING OFFICERS JOHN DOE, | : | |
| MISCONDUCT ISSUER, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 6th day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.